# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| SHIRLEY ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-CV-205 |
| ) | |
| LIFE OF THE SOUTH INSURANCE ) | |
| COMPANY and LOTSOLUTION, INC., ) | |
| a Fortegra Company, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL – RULE 41, *FRCP*

It is hereby stipulated by all parties hereto who have appeared in this action that all issues between the parties have been compromised and settled privately; that this action is not subject to the provisions of Rules 23(e) or 66, *FRCP*, or of any statute of the United States; and that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(ii), *FRCP*.

Each party shall bear its own costs.

Respectfully submitted,

s/ Robert W. Sauser
Robert W. Sauser, BPR No. 006217
Attorney for Plaintiff
633 Chestnut Street #1800
Chattanooga, TN 37450-1801
(423) 535-9387

s/ Christopher D. Heagerty
Christopher D. Heagerty, BPR #016728
Attorney for Defendants
Hodges, Doughty & Carson, PLLC
P.O. Box 869
Knoxville, TN 37901-0869
(865) 292-2307